AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Allen Martin Kenna | ) Case No.  1:20MJ2022 |
| | ) |
| *Defendant(s)* | ) |

**FILED**
4:06 pm Jan 31 2020
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/13/2019 and 1/6/2020  in the county of  Summit  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(i) | Attempted Use of an Explosive Device |
| 18 U.S.C. Section 875(c) | Interstate Communication of Threats |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Tyler J. Rempel, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means.  Fed. R. Crim. P. 3, 4(d), and 4.1, on this  31st  day of January, 2020.

Date:  **Jan 31, 2020**

*Judge's signature*

City and state:  Cleveland, Ohio

David A. Ruiz, U.S. Magistrate Judge
*Printed name and title*