IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 5:20 CR 112 |
| v. | ) ) | CASE NO. _____ |
| ALLEN MARTIN KENNA, | ) ) | Title 18, United States Code, Sections 844(i) and 875(c) |
| Defendant. | ) ) | JUDGE GAUGHAN |

COUNT 1
(Attempted Use of an Explosive Device, 18 U.S.C. § 844(i))

The Grand Jury charges:

1. On or about January 8, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ALLEN MARTIN KENNA maliciously attempted to damage and destroy, by means of explosives, specifically, Improvised Explosive Devices (IEDs), a building and real property used in interstate commerce, and in an activity affecting interstate commerce, specifically the Cuyahoga Falls High School, in violation of Title 18, United States Code, Section 844(i).

COUNT 2
(Interstate Communication of Threats, 18 U.S.C. § 875(c))

The Grand Jury further charges:

2. On or about November 13, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ALLEN MARTIN KENNA knowingly and willfully did transmit in interstate and foreign commerce from the State of Ohio, to the State of Kansas, a communication containing a threat to kidnap any person and a threat to injure the person of

another, to wit: Defendant placed a telephone call to the Fort Riley Sheriff's Office in which he claimed to be holding an employee of Lee Elementary School hostage inside of Lee Elementary School, and threatened to injure any person trying to enter the location, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.