IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20CR112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | CHIEF JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN MARTIN KENNA, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| Defendant. | ) | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Duncan T. Brown, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Allen Martin Kenna is now confined in the Summit County Jail, 205 E. Crosier Street, Akron, OH 44311, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the Defendant has been charged in this District with violations of Title 18, United States Code, Sections 844(i) and 875(c), and pursuant to said charge is to appear for Arraignment on Friday, February 21, 2020, at 9:15 a.m. before the Honorable Chief Judge Patricia A. Gaughan in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland, Ohio or their designee, and/or FBI and/or the Ohio Department of Rehabilitation and Corrections to produce the Defendant before this Court at the above-specified time and place and

for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said Defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

                                    Respectfully submitted,

                                    JUSTIN E. HERDMAN
                                  United States Attorney

                By:    /s/*Duncan T. Brown*
                        Duncan T. Brown (NY: 3982931)
                        Assistant United States Attorney
                        United States Court House
                        801 West Superior Avenue, Suite 400
                        Cleveland, OH 44113
                        (216) 622-3933
                        (216) 522-8355 (facsimile)
                        Duncan.Brown@usdoj.gov

      I, Duncan T. Brown, do declare under penalty of perjury that the foregoing is true and correct.

                                    /s*/Duncan T. Brown*
                                    Duncan T. Brown
                                    Assistant United States Attorney

Executed on February 14, 2020.