IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 5:20CR112 |
| Plaintiff, | CHIEF JUDGE PATRICIA A. GAUGHAN |
| v. | |
| ALLEN MARTIN KENNA, | JOURNAL ENTRY |
| Defendant. | |

This matter came on to be heard upon the petition of Duncan T. Brown, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Sheriff, Summit County Jail, Akron, Ohio, and/or the United States Marshal at Cleveland, Ohio or their designee, and/or FBI. The Court, being fully advised in the said matter, finds that the said Allen Martin Kenna, is detained in the Summit County Jail, 205 E. Crosier Street, Akron, OH 44311, under the custody of said Sheriff.

The Court further finds that the said United States desires to proceed to Arraign the Defendant on an Indictment charging violations of Title 18, United States Code, Sections 844(i) and 875(c), at Cleveland, Ohio, before the Honorable Chief Judge Patricia A. Gaughan on Friday, February 21, 2020, at 9:15 a.m., and to other court proceedings relating to such Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio or their designee, and/or FBI.

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Date: 2/14/2020