UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. : 5:20CR112 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLEN MARTIN KENNA, | ) | NOTICE OF ARRAIGNMENT |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

TAKE NOTICE that the above entitled case has been set for an ARRAIGNMENT on 2/21/20 at 9:15 a.m. in Room  19B  of the United States Courthouse, 801 W. Superior Avenue, Cleveland, Ohio 44113, before the Honorable Judge Patricia A. Gaughan.

If you do not retain counsel and the court finds you to be indigent, the court will appoint counsel to represent you.

                                                     /s/ Patricia A. Gaughan
                                                     PATRICIA A. GAUGHAN
                                                     United States District Court
Date:   2/14/20                                    Chief Judge

To:
PRETRIAL SERVICES
PROBATION OFFICE
U.S. MARSHAL
AUSA