IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 5:20 cr 00112 |
| | ) | |
| **Plaintiff,** | ) | JUDGE PATRICIA GAUGHN |
| -vs- | ) | |
| | ) | |
| ALLEN MARTIN KENNA | ) | **NOTICE OF APPEARANCE AS** |
| | ) | **COUNSEL** |
| **Defendant.** | ) | |

Now comes Attorney Noah C. Munyer and hereby enters his notice of appearance on behalf of Defendant, ALLEN MARTIN KENNA, that any and all notices of court dates should also be sent to Attorney Noah C. Munyer at the undersigned address.

Respectfully submitted,

/ s/ Noah C. Munyer
Noah C. Munyer (0086575)
Attorney for Defendant
54 E. Mill Street, Suite 400
Akron, Ohio 44308
(330) 253-0785 (telephone)
(330) 253-7432 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2020, a copy of the Defendant's Notice of Appearance as Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

s/ Noah C. Munyer
Noah C. Munyer (0086575)
Attorney at Law