AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) Case No. 5:20 CR 112 |
| Allen Martin Kenna | ) JUDGE GAUGHAN |
| | ) |
| Defendant | ) |

## ARREST WARRANT

FILED FEB 28 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Allen Martin Kenna ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 844(i) (Attempted Use of an Explosive Device)
Title 18, United States Code, Section 875(c) (Interstate Communication of Threats)

Date: 02/12/2020

_____
Issuing officer's signature

City and state: Cleveland, Ohio

**SANDY OPACICH, CLERK**
Printed name and title

### Return

This warrant was received on *(date)* 2/13/2020, and the person was arrested on *(date)* 2/21/2020
at *(city and state)* Akron OH.

Date: 2/21/2020

_____
Arresting officer's signature

SA Tyler Rempel
Printed name and title