# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 5:20 cr 00112 |
| ) | |
| Plaintiff, ) | JUDGE PATRICIA A. GAUGHN |
| ) | |
| -vs- ) | |
| ) | |
| ALLEN MARTIN KENNA ) | **MOTION TO DECLARE CASE** |
| ) | **COMPLEX** |
| Defendant. ) | |
| ) | |

Now comes the Defendant, ALLEN MARTIN KENNA, by and through his undersigned counsel, and respectfully moves this Court for an order designating this case a complex case and as a result continuing the scheduled dates set forth in the Court's Trial Order.

Respectfully Submitted,

/s/ Noah C. Munyer
Noah C. Munyer (0086575)
Attorney for Defendant
121 South Main Street, Suite 520
Akron, Ohio 44308
(330) 253-0785 (telephone)
(330) 253-7432 (facsimile)

## MEMORANDUM

Defendant, ALLEN MARTIN KENNA, submits that it is appropriate to designate this case a complex case and as a result thereof to continue the deadlines set forth in this Court's Trial Order.

A court shall consider the following when determining whether to grant a continuance under title 18 U.S.C. § 3161:

> "Whether the case is so unusual or complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section."

U.S.C. 18 § 3161(B)(ii),

Defendant submits that this case involves an extensive investigation by law enforcement with search warrants, and many hours of recorded conversations. Counsel is in receipt of electronic discovery as well as voluminous records and other documents.

Counsel continues to review discovery provided and anticipates that a significant amount of time will be necessary to analyze the discovery provided and to perform any investigation to adequately evaluate and explore all options available to this Defendant. AUSA Duncan Brown has no objection to this motion.

WHEREFORE, Defendant, ALLEN MARTIN KENNA, prays for an order declaring this case a complex case, for an order continuing the existing trial date and for an order continuing all other deadlines set forth in the Court's prior orders.

Respectfully Submitted,

/s/ Noah C. Munyer
Noah C. Munyer (0086575)
Attorney for Defendant
121 South Main Street, Suite 520
Akron, Ohio 44308
(330) 253-0785 (telephone)
(330) 253-7432 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of March, 2020, a copy of the foregoing Motion to Declare Case Complex was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               /s/ Noah C. Munyer
                                               Noah C. Munyer (0086575)
                                               Attorney for Defendant