UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:20CR112 |
| | ) | |
| Plaintiff(s), | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLEN MARTIN KENNA, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

    This matter is before the Court on the unopposed motion filed by defendant Allen Martin Kenna to grant a continuance of the trial and all other deadlines beyond the time limits established by the Speedy Trial Act, 18 U.S.C. §3161.

    The Defendant has been named in an indictment alleging violations of Title 18 U.S.C. §§ 844 (i) and 875 (c). Defense counsel has represented to this Court that this case involves an extensive investigation by law enforcement with search warrants and many hours of recorded conversations. Time is needed to analyze the discovery and perform any necessary investigation to adequately evaluate and explore all options available to this defendant.

    Additionally, the country is in the midst of a national health crisis that greatly impacts the availability of defendant, defense counsel, the government, and all other necessary participants.

Given the complex nature of this case, it is unreasonable to expect adequate preparation within the time limits of 18 U.S.C. §3161. The failure to grant a continuance would likely result in a miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation.

For the foregoing reasons, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The aforesaid motion is granted.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court
Chief Judge

Dated: 3/20/20