# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 5:20-CR-112 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIAN A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN MARTIN KENNA | ) | **MOTION TO TRANSPORT** |
| | ) | **DEFENDANT TO COURT** |
| Defendant. | ) | **FOR EXPERT EVALUATIONS** |

Now comes the Defendant, Allen M. Kenna, by and through counsel, and respectfully requests that this Court allow him to be transported from the CoreCivic Northeast Ohio Correctional Center by U.S. Marshalls to the John F. Seiberling Building and U.S. Federal Courthouse in Akron, Ohio for a four hour period for an expert evaluation and testing.   Expert has availability on July 8, 2020, July 10, 2020, July 15, 2020, July 16, 2020 and July 17, 2020 from 10:00 a.m. until 4:00 p.m.

Expert evaluation is necessary to prepare defense in this case. Due to COVID-19. in person evaluation has been unavailable.   Our expert has safety concerns about accommodations inside the CoreCivic.

Wherefore, Defendant, Allen Martin Kenna, respectfully requests a Transport Order as stated above.

                                                Respectfully submitted,

                                                /s/ Noah C. Munyer
                                                Noah C. Munyer (0086575)
                                                Attorney for Defendant
                                                121 South Main Street, Suite 520
                                                Akron, Ohio 44308
                                                (330) 253-0785 (telephone)
                                                (330) 253-7432 (facsimile)

## Certificate of Service

      I certify on this 19th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

      /s/ Noah C. Munyer
      Noah C. Munyer (0086575)
      Attorney for Defendant