UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:20CR112 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLEN MARTIN KENNA, | ) | ORDER FOR COMPETENCY AND |
| | ) | SANITY EVALUATIONS |
| Defendant. | ) | |

Before this Court is defendant's unopposed Motion for Evaluation of Defendant's Competency and Sanity Pursuant to 18 U.S. Code § 4241. The Court finds that there is reasonable cause to believe that the defendant may be so mentally incompetent as to be unable to understand the proceedings against him or properly assist in his own defense. Therefore, the motion is granted.

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4241, the defendant will be evaluated for competency. The defendant is ordered to remain in custody and to be immediately transported to a facility capable of conducting a competency evaluation and return the defendant forthwith. The report is to be made 30 days from the time defendant is committed. A copy of such report is to be furnished to the United States Attorney, the defendant, and defense counsel.

FURTHER, pursuant to 18 U.S.C. § 4242(a), IT IS ORDERED that defendant be evaluated for a determination of insanity at the time of the offense. The report is to be made 45 days from the time defendant is committed for a determination of his mental status at the time of the act. A copy of such report is to be furnished to the defendant and defense counsel.

IT IS SO ORDERED.

        /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Chief Judge

Dated: 7/9/20