AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

NOV 13 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.

Allen Martin Kenna

Defendant

```
)
)
)
)
)
)
)
```

Case No.

5:20 CR 112

JUDGE GAUGHAN

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Allen Martin Kenna                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 844(i) (Attempted Use of an Explosive Device)
Title 18, United States Code, Section 875(c) (Interstate Communication of Threats)

Date:     02/12/2020

_____
Issuing officer's signature

City and state:     Cleveland, Ohio

**SANDY OPACICH, CLERK**
_____
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 2·12·20 , and the person was arrested on *(date)* 2/21/20 at *(city and state)* Cleveland, OH . |

Date:  11·12·20

_____
Arresting officer's signature

_____
Printed name and title