UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:20CR112 |
| Plaintiff, | ) ) ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) ) | |
| Allen Martin Kenna, | ) ) | <u>ORDER</u> |
| Defendant. | ) ) | |

Competency hearing was held on March 25, 2021. The Defendant Allen Martin Kenna was present and represented by his counsel Noah Munyer. Duncan Brown was present on behalf of the Government. The defendant and Assistant U. S. Attorney waive the taking of testimony of Haley Wentowski, Psy.D., Forensic Psychologist and accepts her report.

For the reasons stated on the record, this Court finds the defendant to be competent and able to stand trial. Final Pretrial is set August 23, 2021 at 9:00 a.m. Trial is set August 30, 2021 at 9:00 a.m. Pretrial motion deadline is July 12, 2021. Brief in opposition deadline is July 19, 2021.

IT IS SO ORDERED.

DATE: 3/25/21

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
U.S. DISTRICT COURT
CHIEF JUDGE