# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 5:20-CR-112 |
| | ) | |
| **Plaintiff,** | ) | JUDGE PATRICIAN A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN MARTIN KENNA | ) | **MOTION TO FILE UNDER SEAL** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

    Now comes the Defendant, Allen M. Kenna, by and through counsel, and respectfully requests that this Court allow his Motion to Order Mahoning County Jail Video Conference to be filed under seal. For the reasons stated below, the Defendant respectfully requests that this court enter an Order requiring the Motion to Order Mahoning County Jail Video Conference thereto be filed under seal.

    For cause, the Defendant submits that the Motion to Order Mahoning County Jail Video Conference contains the Defendant's expert information. Accordingly, sensitive information will be released to the public without an Order to Seal.

    Wherefore, Defendant respectfully requests that this Court allow his Motion to Order Mahoning County Jail Video Conference to be filed under seal.

                                                                            Respectfully submitted,

                                                                         /s/ Noah C. Munyer
                                                                         Noah C. Munyer (0086575)
                                                                         Attorney for Defendant
                                                                         121 South Main Street, Suite 520
                                                                         Akron, Ohio 44308
                                                                         (330) 253-0785 (telephone)
                                                                         (330) 253-7432 (facsimile)

## **Certificate of Service**

      I certify on this 20th day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

      /s/ Noah C. Munyer
      Noah C. Munyer (0086575)
      Attorney for Defendant